USCA1 Opinion

 

 July 29, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2183 RASHAD AKEEM RASHEED, Petitioner, Appellant, v. RONALD DUVAL, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Rashad Akeem Rasheed on brief pro se. ____________________ Scott Harshbarger, Attorney General, and Ellyn H. Lazar, __________________ _________________ Assistant Attorney General, on brief for appellee. ____________________ ____________________ Per Curiam. We have carefully reviewed the record in __________ this case. Essentially for the reasons given by the district court in its memorandum and order, dated August 28, 1995, we affirm the dismissal of the petition. Petitioner has failed to show any external cause which prevented him from raising his present claim when he filed his earlier federal habeas petition in 1993. Nor has he shown that failure to address the merits of his claim will result in a fundamental miscarriage of justice.1 1 Affirmed. ________  ____________________ 1While this case was pending on appeal, the President 1 signed into law the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. 104-132, 110 Stat. 1214 (April 24, 1996). We need not decide in this case whether any of the amendments in the Act apply since it would not alter our disposition. -2-